MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
   emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>         v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>                Defendants. | Case No. CV-09-2554 MMC<br><br>*EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

Plaintiff Securities and Exchange Commission (the "Commission") applies for a Temporary Restraining Order—

    *(i)* enjoining defendants Peter C. Son, Jin K. Chung, SNC Asset Management, Inc. ("SNCA"), and SNC Investments, Inc. ("SNCI"), from committing violations of the antifraud provisions of the federal securities laws;

    *(ii)* freezing defendants' assets;

    *(iii)* requiring defendants to provide an accounting of investors funds;

    *(iv)* requiring defendants to repatriate assets to the United States;

    *(v)* authorizing expedited discovery in this action;

    *(vi)* preventing defendants from altering or destroying documents; and

    *(vii)* requiring defendants to show cause why the Court should not issue a Preliminary Injunction and impose other relief against them.

As detailed in the accompanying papers, this matter involves a scheme to defraud investors in a pooled foreign exchange trading scheme operated by defendants. The Commission requests the immediate assistance of the Court to prevent further violations of the federal securities laws and to prevent defendants' further dissipation of investor funds.

The Commission makes this application pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Rules 7-10 and 65-1 of the Court's Local Rules. The Commission is authorized to make this application and the Court is authorized to grant a temporary injunction or restraining order and other equitable relief, without bond, pursuant to 15 U.S.C. §§ 77t(a), 78u(d)(1), and 80b-14.

The Commission informed counsel for Son, SNCA, and SNCI on June 8, 2009, that it intended to file this *ex parte* application for emergency relief. *See* Tashjian Decl. ¶¶ 3-4. The advance notice satisfies the Commission's obligations pursuant to the Federal Rules of Civil Procedure and the Court's Local Rules. *See* FED. R. CIV. P. 65(b); L.R. 65-1(b) (requiring notice "on or before" the date of the application unless excused for good cause). Counsel informed the Commission that Son, SNCA, and SNCI do not oppose the Commission's application and have no objection to the relief sought.

1  As explained in the accompanying papers, the Commission does not have confirmed
2  contact information for defendant Chung, who is believed to be in South Korea.  *See* Tashjian
3  Decl. ¶ 5.  For that reason, the Commission requests that the Court relieve it of its obligation to
4  provide advance notice of its *ex parte* application to Chung.
5  This application is supported by the Commission's memorandum of points and
6  authorities, the declarations of Commission attorneys Thomas J. Eme and Robert L. Tashjian, the
7  declarations of investors Dale Baek, David Pak, and Seunghee Yatsko, excerpts of transcripts of
8  the sworn testimony of Jee Choi, Young Choi, and Phil Ha, all materials attached to the
9  declarations, an appendix of unpublished and other authority, the proposed orders lodged by the
10 Commission, and such other oral or written evidence as may be presented at the hearing.

12 DATED:  June 8, 2009                            Respectfully submitted,

15                                                 */s/ Robert L. Tashjian*
                                                   ROBERT L. TASHJIAN
16
                                                   Attorney for Plaintiff
17                                                 SECURITIES AND EXCHANGE COMMISSION