MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
   emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>Defendants. | Case No. CV-09-2554 MMC<br><br>DECLARATION OF ROBERT L. TASHJIAN IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE |

I, Robert L. Tashjian, declare:

1. I am an attorney duly admitted to practice in the State of California. I am the lead trial attorney in this matter on behalf of plaintiff Securities and Exchange Commission ("Commission"). Unless otherwise noted, I make this declaration based on my personal knowledge. If called upon to do so, I could and would testify to the matters stated in this declaration.

2. Preceding this action, the Commission conducted an investigation captioned "In the Matter of SNC Asset Management, Inc.," Commission File No. SF-3409. Defendants Peter C. Son, SNC Asset Management, Inc., and SNC Investments, Inc. were represented by attorney John H. Feiner in the Commission's investigation.

3. I spoke with Mr. Feiner by telephone on June 8, 2009, at 1:20 p.m. PDT. I informed Mr. Feiner that the Commission intended to file an *ex parte* application seeking emergency relief. Mr. Feiner said that Mr. Son, SNCA, and SNCI do not oppose the Commission's application and have no objection to the relief sought. Mr. Feiner said that he would accept service of the Commission's moving papers, as well as any order entered by the Court, on behalf of Mr. Son, SNCA, and SNCI. Mr. Feiner indicated that he would not appear in Court at any hearing on the Commission's application.

4. I sent electronic copies of the Commission's complaint, *ex parte* application, memorandum of points and authorities, the Commission's proposed temporary restraining order, and the Commission's proposed order to show cause, as well as the declaration of Thomas J. Eme in support of the *ex parte* application (without attached exhibits due to the size of the files), to Mr. Feiner by e-mail at 2:45 p.m. PDT.

5. I did not notify Mr. Chung in advance of the Commission's *ex parte* application. The Commission had no contact with Mr. Chung or with any legal counsel acting on his behalf during the Commission's investigation. The Commission has information indicating that Mr. Chung is currently in South Korea, but has no confirmed contact information for him there. During the call on June 8, 2009, Mr. Feiner told me that he also believes Mr. Chung is in South Korea. Mr. Feiner said that he does not have contact information for Mr. Chung and would not

1   TASHJIAN DECLARATION

be able to provide advance notice to Mr. Chung in advance of the Commission's *ex parte* application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2009.

_____
Robert L. Tashjian