1  MARC J. FAGEL (Cal. Bar No. 154425)
   ROBERT TASHJIAN (Cal. Bar No. 191007)
2      tashjianr@sec.gov
   THOMAS J. EME (Illinois Bar. No. 6224870)
3      emet@sec.gov

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, 26th Floor
   San Francisco, California  94104
6  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  SECURITIES AND EXCHANGE COMMISSION,        Case No. CV-09-2554 MMC

13              Plaintiff,                     DECLARATION OF THOMAS J. EME
        v.                                     IN SUPPORT OF PLAINTIFF'S *EX*
14                                             *PARTE* APPLICATION FOR
                                               TEMPORARY RESTRAINING
15  PETER C. SON, JIN K. CHUNG,                ORDER AND ORDER TO SHOW
    SNC ASSET MANAGEMENT, INC., and            CAUSE
16  SNC INVESTMENTS, INC.,

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    I, THOMAS J. EME, DECLARE:

2    1.    I am over 21 years of age, an attorney duly admitted to practice in the State of

3    Illinois, and employed as a staff attorney in the San Francisco Regional Office of the Securities and

4    Exchange Commission ("Commission").  I am one of the attorneys with primary responsibility for

5    the Commission's investigation and litigation of this matter.  Unless otherwise noted, I make this

6    declaration based on my personal knowledge.  If called upon to do so, I could and would testify to

7    the matters stated in this declaration.

8    2.    Attached as Exhibit No. 1 is a true and correct copy of the Declaration of

9    Seunghee Yatsko, dated March 23, 2009, provided to the Commission by staff of the Commodity

10    Futures Trading Commission.  Ms. Yatsko, an investor, consented to the Commission's use of

11    this declaration in this action.

12    3.    Attached as Exhibit No. 2 is a true and correct copy of the Declaration of David

13    Pak, dated November 17, 2008, provided to the Commission by staff of the Commodity Futures

14    Trading Commission.  Mr. Pak, an investor, consented to the Commission's use of this

15    declaration in this action.

16    4.    Attached as Exhibit No. 3 is a true and correct copy of the Declaration of Dale

17    Baek, dated March 2, 2009, and which Mr. Baek provided to the Commission.  Mr. Baek, an

18    investor, consented to the Commission's use of this declaration in this action.

19    5.    Attached as Exhibit No. 4 are schedules summarizing activity of Bank of America

20    bank account no. xxxxx-x4116 held in the name of SNC Asset Management, Inc. ("SNCA").

21    The schedules detail activity during the period of October 19, 2007, through November 14, 2008.

22    A paralegal on the Commission staff prepared these schedules at my direction and with

23    assistance from a legal assistant on the Commission staff.  The schedules are derived from and

24    summarize records and other documents (a) produced to the Commission pursuant to

25    investigative subpoenas issued to SNCA, SNC Investments, Inc. ("SNCI"), Bank of America,

26    and J. Sung Accountancy Co.; and (b) provided to the Commission by the United States

27    Attorney's Office for the Northern District of California.  Tabs A-F to the exhibit summarize the

28    following activity:

1                                                    EME DECLARATION

1           •      Tab A summarizes deposits and other credits;

2           •      Tab B summarizes withdrawals and other debits;

3           •      Tab C shows transfers to and from KR Futures Co. Ltd.;

4           •      Tab D shows transfers to and from defendant SNCI;

5           •      Tab E shows transfers to defendant Peter Son; and

6           •      Tab F shows the balance in the account on the first and last days of the

7                    period along with the total deposits and withdrawals during the period.

8      6.     Attached as Exhibit No. 5 is a true and correct copy of excerpts of the transcript

9 of sworn testimony provided by Young Choi, a former SNCI employee, during the

10 Commission's investigation of this matter.

11      7.     Attached as Exhibit No. 6 is a true and correct copy of an exhibit introduced at

12 Young Choi's testimony before the Commission. Mr. Choi recognized the exhibit as containing

13 letters regarding SNCI's capital levels sent by SNCI to the Commodity Futures Trading

14 Commission and the National Futures Association. *See* Exh. 5 (Y. Choi transcript) at 97:11-

15 99:1. The letters are dated in August and September 2006.

16      8.     Attached as Exhibit No. 7 is true and correct copy of an exhibit introduced at

17 Young Choi's testimony before the Commission. Mr. Choi recognized the exhibit as containing

18 letters similar to those in Exhibit No. 6. *See* Exh. 5 (Y. Choi transcript) at 99:2-101:10. The

19 letters are dated in February and March of 2007.

20      9.     Attached as Exhibit No. 8 is a true and correct copy of excerpts of the transcript

21 of sworn testimony provided by Jee Choi, a former SNCA administrative employee, during the

22 Commission's investigation of this matter.

23      10.     Attached as Exhibit No. 9 is a true and correct copy of an exhibit introduced at

24 Jee Choi's testimony before the Commission. Ms. Choi recognized the exhibit as containing

25 copies of SNCA investor account statements. *See* Exh. 8 (J. Choi transcript) at 58:21-59:5. The

26 account statements were produced to the Commission by SNCA pursuant to an investigative

27 subpoena. The Commission has calculated the total of all balances shown in these account

28 statements to be $8,097,309.37.

11.   Attached as Exhibit No. 10 are true and correct copies of documents produced to the Commission by J. Sung Accountancy Co. pursuant to an investigative subpoena. The Sung firm represented to the Commission that it has been the tax preparer for SNCA. The exhibit contains what appear to be copies of checks on SNCA's bank account made payable to "Countrywide Bank" and "Countrywide" and signed by defendant Peter Son.

12.   Attached as Exhibit No. 11 is a true and correct copy of a document produced to the Commission by SNCA pursuant to an investigative subpoena. It appears to be a copy of a closing statement showing defendant Peter Son as the buyer of a property in Danville, California, for $2.65 million, and that "Countrywide Funding" made a mortgage loan on the property.

13.   Attached as Exhibit No. 12 is a true and correct copy of an exhibit introduced at Jee Choi's testimony before the Commission. Ms. Choi recognized the exhibit as containing a bank deposit slip, a check, and other documents reflecting an investor's $500,000 investment in April 2008. *See* Exh. 8 (J. Choi transcript) at 80:14-82:1.

14.   Attached as Exhibit No. 13 is a true and correct copy of excerpts of the transcript of sworn testimony provided by Phil Ha, a former SNCA sales agent, during the Commission's investigation of this matter.

15.   Attached as Exhibit No. 14 is a true and correct copy of an exhibit introduced at Phil Ha's testimony before the Commission. The exhibit was marked for the record in five discreet subparts (Exhibit Nos. 23A, 23B, 23C, 23D, and 23E). Mr. Ha recognized Exhibit Nos. 23A, 23B, and 23C as SNCI marketing materials. *See* Exh. 13 (Ha transcript) at 36:8-45:4. Mr. Ha recognized Exhibit No. 23D (the exhibit number was affixed to the back of the page to avoid obscuring the document) as an advertisement printed in Business Week magazine by SNCI. *See id.* at 45:7-48:1. Mr. Ha recognized Exhibit No. 23E as an investor application and contract. *See id.* at 48:10-48:24.

16.   Attached as Exhibit No. 15 is a true and correct copy of an exhibit introduced at Phil Ha's testimony before the Commission. Mr. Ha recognized the exhibit as a list of SNCA investors he handled, and he testified to his understanding that the investors received promissory notes. *See* Exh. 13 (Ha transcript) at 65:24-66:23, 84:10-85:21, 129:3-9. The Commission

1 | calculates the number of the investors on the list to be more than 150. According to a list
2 | compiled by the Commodity Futures Trading Commission, the number of investors in SNCA
3 | exceeded 500.

4 |      17.   Attached as Exhibit No. 16 are true and correct copies of documents produced to
5 | the Commission by SNCA pursuant to an investigative subpoena. The first page of Exhibit
6 | No. 16 was introduced at Phil Ha's testimony before the Commission. Mr. Ha recognized the
7 | first page of Exhibit No. 16 as a letter to an investor that appears to be signed by defendant Jin
8 | Chung. *See* Exh. 13 (Ha transcript) at 154:4-155:10.

9 |      18.   Attached as Exhibit No. 17 are true and correct copies of bank account statements
10 | produced to the Commission by Bank of America pursuant to an investigative subpoena. The
11 | account statements relate to Bank of America account no. xxxxx-x4116, held in the name of
12 | SNCA.

13 |      19.   Attached as Exhibit No. 18 are true and correct copies of bank account statements
14 | produced to the Commission by Bank of America pursuant to an investigative subpoena. The
15 | account statements relate to Bank of America account no. xxxxx-x4289, held in the name of
16 | SNCI.

17 |      20.   Attached as Exhibit No. 19 is a true and correct copy of a decision that I printed
18 | from the National Futures Association's Web site (http://www.nfa.futures.org/). The decision is
19 | captioned *In the Matter of SNC Investments, Inc.*, filed Sept. 30, 2008. In the decision, a hearing
20 | panel found that SNCI failed to maintain a required capital level and used misleading
21 | promotional materials.

22
23
24
25
26
27
28

4 EME DECLARATION

1    21.    Attached as Exhibit No. 20 is a true and correct copy of a document I printed

2  from the Hoover's Web site (http://www.hoovers.com/hana-bank/--ID__148240--/free-co-

3  profile.xhtml).  Hoovers provides information including profiles on business organizations.  The

4  printout indicates that Hana Bank is a South Korean banking company.

5         I declare under penalty of perjury that the foregoing is true and correct.

6

7         Executed on June 8, 2009.

8

9

10    _____

11             Thomas J. Eme

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EME DECLARATION