AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| SECURITIES AND EXCHANGE COMMISSION | ) | **E-filing** |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| PETER C. SON, ET AL. | ) | CV 09  2554 |
| *Defendant* | ) | |

**MMC**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Peter C. Son
    5470 Blackhawk Drive
    Danville, CA 94506

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Securities and Exchange Commission
    Attn: Robert Tashjian, Esq.
    44 Montgomery Street, 26th Floor
    San Francisco, CA 94104 / Tel: 415-705-2500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Richard W. Wieking

Date: JUN  2009

**MARY ANN BUCKLEY**
*Signature of Clerk of Court or Deputy Clerk*