MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
   emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br>     v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>                Defendants. | Case No.  CV-09-2554 MMC<br><br>ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

1    Plaintiff Securities and Exchange Commission (the "Commission") submits this motion
2 pursuant to Rule 3-12(b) of the Court's Civil Local Rules.  The following actions are pending in
3 this District and may be related because they concern substantially the same parties, transactions,
4 and events:
5    1.   *SEC v. Peter C. Son, et. al.,* **Case No. CV-09-2554 MMC (N.D. Cal. filed June**
6 **9, 2009).**  This matter, brought by the Securities and Exchange Commission ("SEC"), involves
7 civil securities fraud allegations against four defendants, Peter C. Son, Jin K. Chung, SNC Asset
8 Management, Inc. ("SNCA"), and SNC Investments, Inc. ("SNCI").  The Commission's
9 complaint alleges that Son and Chung fraudulently solicited investments in a pooled foreign
10 exchange trading program offered by their company, SNCA.  Contrary to Son and Chung's
11 representations, however, SNCA traded little or no foreign currency on behalf of investors.  Son
12 and Chung used investor funds for personal expenses and for other purposes unrelated to foreign
13 currency trading.
14    2.   *CFTC v. SNC Asset Management, Inc., et. al.,* **Case No. CV-09-2555 PJH**
15 **(N.D. Cal. filed June 9, 2009).**  The Commodity Futures Trading Commission ("CFTC") filed a
16 civil fraud action against the same four defendants, Son, Chung, SNCA, and SNCI.  In addition,
17 the CFTC seeks to recover proceeds of the alleged fraud from Son's wife, Ann Lee, who is
18 named as a relief defendant.  The CFTC's complaint alleges that defendants' foreign exchange
19 trading program violated the antifraud provisions of the Commodities Exchange Act.
20    The SEC and CFTC simultaneously filed *ex parte* applications for emergency relief,
21 seeking to enjoin defendants from further violations of the law and to prevent further dissipation
22 of investor funds.  The SEC provided counsel for Son, SNCA, and SNCI with a copy of this
23 motion.  *See* L.R. 3-12(b).
24 //
25 //
26 //
27
28

1   In light of the exigency of the *ex parte* applications, the SEC has not obtained a
2   stipulation to this administrative motion.  *See* L.R. 7-11(a).  For reasons of judicial economy,
3   however, the SEC believes that the Court should consider whether the SEC's and CFTC's
4   applications should be related.

6   DATED:  June 9, 2009                           Respectfully submitted,

9                                                   */s/ Robert L. Tashjian*
                                                    ROBERT L. TASHJIAN
10
                                                    Attorney for Plaintiff
11                                                  SECURITIES AND EXCHANGE COMMISSION