ORIGINAL

MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
    emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

PETER C. SON, JIN K. CHUNG,
SNC ASSET MANAGEMENT, INC., and
SNC INVESTMENTS, INC.,

    Defendants.

Case No. CV 09 2554 MMC

[PROPOSED] ORDER TO SHOW CAUSE

1  This matter came before the Court on the *ex parte* application of plaintiff Securities and
2  Exchange Commission ("Commission") for, among other things, an order to show cause why the
3  temporary restraining order issued by the Court should not be extended during the pendency of
4  this litigation. The Court has received and considered the Commission's complaint, application,
5  memorandum of points and authorities and the declarations of Commission attorneys Thomas J.
6  Eme and Robert L. Tashjian, the declarations of investors Dale Baek, David Pak, and Seunghee
7  Yatsko, all exhibits attached to those declarations, including excerpts of transcripts of the sworn
8  testimony of Jee Choi, Young Choi, and Phil Ha, and all other submissions, written or oral, at or
9  before the hearing. Good cause appearing therefrom,

10  IT IS HEREBY ORDERED that at **three** o'clock **p**.m. PDT on
11  **June 22**, 2009, or as soon thereafter as the parties can be heard, defendants
12  Peter C. Son, Jin K. Chung, SNC Asset Management, Inc., and SNC Investments, Inc., and each
13  of them, shall appear before the Honorable **Maxine M. Chesney**, Judge of the United
14  States District Court, to show cause, if there be any, why a preliminary injunction should not be
15  granted extending the temporary restraining order pending the determination of this action. Any
16  declarations, affidavits, points and authorities, or other submissions in support of, or in
17  opposition to, the issuance of such an Order shall be filed with the Court and delivered to the
18  Commission's counsel and the offices of each of the defendants or their attorneys no later than
19  **two** o'clock **p**.m. PDT on **June 17**, 2009. Any reply papers shall be filed with
20  the Court and delivered to opposing counsel no later than **three** o'clock **p**.m. PDT on
21  **June 19**, 2009.

22
23  Dated this **10th** day of June, 2009            */s/ Maxine M. Chesney*
24                                                          UNITED STATES DISTRICT JUDGE

ORDER TO SHOW CAUSE         1                 CASE NO. _____