```
MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
    emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br>    v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>           Defendants. | Case No. CV-09-2554 MMC<br><br>DECLARATION OF THOMAS J. EME IN SUPPORT OF PRELIMINARY INJUNCTION |

I, THOMAS J. EME, DECLARE:

1. I am over 21 years of age, an attorney duly admitted to practice in the State of Illinois, and employed as a staff attorney in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I am one of the attorneys with primary responsibility for the Commission's investigation and litigation of this matter. Unless otherwise noted, I make this declaration based on my personal knowledge. If called upon to do so, I could and would testify to the matters stated in this declaration.

2. Following the entry of the Temporary Restraining Order ("TRO") and the Order to Show Cause on June 10, 2009, the Securities and Exchange Commission ("Commission") attempted to provide defendants Peter C. Son, Jin K. Chung, SNC Asset Management, Inc., and SNC Investments, Inc. with notice of the Court's orders.

3. On June 11, 2009, I met in person with attorney John H. Feiner, who represents three of the four defendants, Mr. Son, SNCA, and SNCI. I gave the TRO and the Order to Show Cause to Mr. Feiner when I met with him. *See also* Cert. of Service (Court Docket No. 19) (describing service of Commission papers and Court orders on defendants' counsel). At the Commission's request, Mr. Feiner signed and returned Waiver of the Service of Summons forms for the three defendants he represents, and these forms have been filed with the Court. *See* Waivers of Service (Court Docket Nos. 16-18). Mr. Feiner subsequently stated that his clients will stipulate to the entry of a Preliminary Injunction.

4. Based on information that I learned during the Commission's investigation of this matter, I believe that the fourth defendant, Jin K. Chung, is currently in South Korea. The Commission intends to effect service of process on Mr. Chung in South Korea through the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (also known as the "Hague Convention"). The Commission has translated the complaint and Mr. Chung's summons into Korean and initiated service under the terms of the Hague Convention.

5. In addition to formal service under the Hague Convention, the Commission has made efforts to provide Mr. Chung with notice of this action and the TRO and Order to Show

Cause. On June 10, 2009, I sent copies of the complaint, the Commission's *ex parte* application and supporting papers, the TRO and the Order to Show Cause to Mr. Chung in South Korea via International FedEx. Attached as Exhibit A is a true and correct copy of the cover letter describing the documents that I sent to Mr. Chung. The Commission obtained Mr. Chung's address that I used for the delivery of the documents during the investigation of this matter.

6. On June 15, 2009, I learned that FedEx was not able to deliver the documents to the address I used, and that Mr. Chung apparently no longer resides at that address. I then directed FedEx to attempt to deliver the documents to Mr. Chung at the following address, which was obtained during the Commission's investigation:

> Doh Gok I-park 3 103-303
> Doh Gok-Dong
> Kang Nam-Gu
> Seoul, Republic of Korea

Based in information available to me as of the signing of this declaration, FedEx has not completed its attempt to deliver the documents to this address.

7. On June 15, 2009, I sent an e-mail message to Mr. Chung at the following e-mail address, which was obtained during the investigation: jkc@krfutures.co.kr. I attached copies of the Commission's complaint, the TRO, and the Order to Show Cause to the e-mail. As of the signing of this declaration, I have received no response to this e-mail.

8. On June 15, 2009, I contacted attorney John Mejia, who represents an SNCA investor who has filed a private suit against Mr. Chung and others. I asked the attorney for Mr. Chung's contact information. The attorney stated that he does not have a current address for Mr. Chung.

9. On June 15, 2009, I contacted attorney Yvette Lee, who represents a family that loaned money to Mr. Chung in late 2008. I asked the attorney for Mr. Chung's contact information. The attorney was not able to provide a current address for Mr. Chung.

10. In addition to taking the foregoing actions to provide notice to Mr. Chung, I have made preliminary inquiries to former employees who had past contact with Mr. Chung. I also

have obtained information suggestion that Mr. Chung's wife may be living in the Bay Area. I will continue to pursue these and other potential sources of current contact information for Mr. Chung.

11. I have not been contacted by Mr. Chung in response to my efforts to provide him with notice of the TRO and Order to Show Cause. I believe, however, that an extension of the terms of the TRO for an additional period may result in confirmation that Mr. Chung has received actual notice of the Court's Orders. The Commission's case has been widely publicized in news media on the Internet, including Korean-language media. With additional time, Mr. Chung may retain counsel and appear in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 16, 2009.

_____
Thomas J. Eme

# Exhibit A



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
SAN FRANCISCO DISTRICT OFFICE
44 Montgomery Street
SUITE 2600
SAN FRANCISCO, CALIFORNIA 94104**

DIRECT DIAL: (415) 705-2320
FAX NUMBER: (415) 705-2501

June 10, 2009

*VIA INTERNATIONAL FEDERAL EXPRESS*

Jin K. Chung
Qummaeul Apartment 311-1301
Number 933
Pyeongchon-dong
Dongan-gu
Anyang-Si
Gyeonggi-do
Republic of Korea

    Re:    *SEC v. Son, et al.*, No. 09-cv-2554 MCC (N.D. Cal. filed June 9, 2009)

Dear Mr. Chung:

    Enclosed please find copies of the documents identified below. I am providing these documents to you to give you notice of the Securities and Exchange Commission's civil lawsuit in the United States against you and other defendants. Service of process will be provided separately to you under the Hague convention.

1)     **COMPLAINT**

2)     **KOREAN TRANSLATION OF COMPLAINT**

3)     **SUMMONS**

4)     **KOREAN TRANSLATION OF SUMMONS**

5)     **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

6)     **U.S. DISTRICT COURT NORTHERN CALIFORNIA - ECF REGISTRATION INFORMATION HANDOUT**

7)     **BOOKLET – CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

8)     **NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

9)     **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**

10)     *EX PARTE* **APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**

11)     MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

12)     APPENDIX OF UNPUBLISHED AND OTHER AUTHORITY IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

13)     DECLARATION OF ROBERT L. TASHJIAN IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE

14)     DECLARATION OF THOMAS J. EME IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE (on disc)

15)     [PROPOSED] TEMPORARY RESTRAINING ORDER

16)     [PROPOSED] ORDER TO SHOW CAUSE

17)     ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

18)     RELATED CASE ORDER

19)     TEMPORARY RESTRAINING ORDER

20)     ORDER TO SHOW CAUSE

21)     FORM FOR CONSENT TO MAGISTRATE JUDGE

**Please contact me immediately** by e-mail at emet@sec.gov or by telephone at (415) 705-2320 to notify me that you received this letter and the enclosed documents.

Yours truly,

*Thomas J. Eme*

Thomas J. Eme
Attorney

Encl.