| | |
|---|---|
| 1 | MARC J. FAGEL (Cal. Bar No. 154425) |
| | ROBERT TASHJIAN (Cal. Bar No. 191007) |
| 2 |    tashjianr@sec.gov |
| | THOMAS J. EME (Illinois Bar. No. 6224870) |
| 3 |    emet@sec.gov |
| 4 | Attorneys for Plaintiff |
| | SECURITIES AND EXCHANGE COMMISSION |
| 5 | 44 Montgomery Street, 26th Floor |
| | San Francisco, California  94104 |
| 6 | Telephone:  (415) 705-2500 |
| 7 | Facsimile:  (415) 705-2501 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-2554 MMC |
| Plaintiff, | [PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AGAINST DEFENDANT JIN K. CHUNG |
| v. | |
| PETER C. SON, JIN K. CHUNG, SNC ASSET MANAGEMENT, INC., and SNC INVESTMENTS, INC., | |
| Defendants. | |

1   This matter came before the Court on an Order to Show Cause why a preliminary

2   injunction should not be issued.  On June 10, 2009, the Court issued a Temporary Restraining

3   Order ("TRO") against all defendants.  The Court also issued an Order to Show Cause which

4   requires defendants to show cause, if any, why a preliminary injunction should not be granted.

5   Good cause appearing, the Court finds that plaintiff Securities and Exchange Commission

6   has demonstrated that it attempted to provide defendant Jin K. Chung with actual notice of the

7   TRO and Order to Show Cause.  By its terms, the TRO expires at 8:00 a.m. PDT on June 24,

8   2009, unless extended by the Court pursuant to the Federal Rules of Civil Procedure.  Based on

9   the Commission's papers, including the Declaration of Thomas J. Eme in Support of the

10  Preliminary Injunction, good cause exists to extend the terms of the TRO to allow the

11  Commission additional time to notify defendant Jin K. Chung of the TRO and Order to Show

12  Cause.  Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the Court therefore

13  extends the terms of the TRO as ordered herein.

14  Therefore,

15  IT IS HEREBY ORDERED THAT the Temporary Restraining Order against defendant

16  Jin K. Chung, entered June 10, 2009, shall be extended and will expire at  8 :00 a :m. PDT on

17  July 9, 2009.  *See* FED. R. CIV. P. 6(a)(2); FED. R. CIV. P. 65(b)(2).

18  //

19  //

20  //

1     IT IS FURTHER ORDERED THAT at ___4___ o'clock _p_ .m. PDT on

2 _July 7_____, 2009, or as soon thereafter as the parties can be heard, defendant Jin K.

3 Chung shall appear before the Honorable Maxine M. Chesney, Judge of the United States

4 District Court, to show cause, if there be any, why a preliminary injunction should not be granted

5 extending the temporary restraining order pending the determination of this action.  Any

6 declarations, affidavits, points and authorities, or other submissions in support of, or in

7 opposition to, the issuance of such an Order shall be filed with the Court and delivered to the

8 Commission's counsel and the offices of each of the defendants or their attorneys no later than

9 __4____ o'clock __p_.m. PDT on __July 2_____, 2009.  Any reply papers shall be filed with

10 the Court and delivered to opposing counsel no later than ____1___ o'clock _p_ .m. PDT on

11 _July 6_____, 2009.

12

13 Dated this 19th day of June, 2009     *[signature: Maxine M. Chesney]*

14                                UNITED STATES DISTRICT JUDGE