MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
   emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br>   v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>        Defendants. | Case No. CV-09-2554 MMC<br><br>[PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE AGAINST DEFENDANT JIN K. CHUNG |

1  This matter came before the Court on an Order to Show Cause why a preliminary

2  injunction should not be issued. On June 10, 2009, the Court issued a Temporary Restraining

3  Order ("TRO") against all defendants. The Court also issued an Order to Show Cause which

4  requires defendants to show cause, if any, why a preliminary injunction should not be granted.

5  Good cause appearing, the Court finds that plaintiff Securities and Exchange Commission

6  has demonstrated that it attempted to provide defendant Jin K. Chung with actual notice of the

7  TRO and Order to Show Cause. By its terms, the TRO expires at 8:00 a.m. PDT on June 24,

8  2009, unless extended by the Court pursuant to the Federal Rules of Civil Procedure. Based on

9  the Commission's papers, including the Declaration of Thomas J. Eme in Support of the

10 Preliminary Injunction, good cause exists to extend the terms of the TRO to allow the

11 Commission additional time to notify defendant Jin K. Chung of the TRO and Order to Show

12 Cause. Pursuant to Rule 65(b)(2) of the Federal Rules of Civil Procedure, the Court therefore

13 extends the terms of the TRO as ordered herein.

14 Therefore,

15 IT IS HEREBY ORDERED THAT the Temporary Restraining Order against defendant

16 Jin K. Chung, entered June 10, 2009, shall be extended and will expire at  8 :00 a :m. PDT on

17 July 9, 2009. *See* FED. R. CIV. P. 6(a)(2); FED. R. CIV. P. 65(b)(2).

18 //

19 //

20 //

21

22

23

24

25

26

27

28

1    IT IS FURTHER ORDERED THAT at ___4___ o'clock _p_ .m. PDT on
2  _July 7_____, 2009, or as soon thereafter as the parties can be heard, defendant Jin K.
3  Chung shall appear before the Honorable Maxine M. Chesney, Judge of the United States
4  District Court, to show cause, if there be any, why a preliminary injunction should not be granted
5  extending the temporary restraining order pending the determination of this action.  Any
6  declarations, affidavits, points and authorities, or other submissions in support of, or in
7  opposition to, the issuance of such an Order shall be filed with the Court and delivered to the
8  Commission's counsel and the offices of each of the defendants or their attorneys no later than
9  __4____ o'clock __p_.m. PDT on __July 2_____, 2009.  Any reply papers shall be filed with
10 the Court and delivered to opposing counsel no later than ____1___ o'clock _p_ .m. PDT on
11 _July 6_____, 2009.

13 Dated this 19th day of June, 2009        _____
14                                                          UNITED STATES DISTRICT JUDGE