MARC J. FAGEL (Cal. Bar No. 154425)
ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
    emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-2554 MMC |
|---|---|
| Plaintiff, | DECLARATION OF THOMAS J. EME RE TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT JIN K. CHUNG |
| v. | |
| PETER C. SON, JIN K. CHUNG, SNC ASSET MANAGEMENT, INC., and SNC INVESTMENTS, INC., | |
| Defendants. | |

I, THOMAS J. EME, DECLARE:

1. I am over 21 years of age, an attorney duly admitted to practice in the State of Illinois, and employed as a staff attorney in the San Francisco Regional Office of the Securities and Exchange Commission ("Commission"). I am one of the attorneys with primary responsibility for the Commission's investigation and litigation of this matter. Unless otherwise noted, I make this declaration based on my personal knowledge. If called upon to do so, I could and would testify to the matters stated in this declaration.

2. As described in my earlier declaration filed on June 17, 2009, the Commission has attempted to provide defendant Jin K. Chung with notice of the Temporary Restraining Order ("TRO") and the Court's Order to Show Cause. *See* Eme Decl. ¶¶ 4-10 (Docket No. 21).

3. I sent copies of the Commission's papers and the Court's Orders to Mr. Chung in South Korea via International FedEx. FedEx was not able to deliver the papers to the address that the Commission initially provided, however. *See* Eme Decl. ¶ 6. After my earlier declaration was filed, I learned that FedEx was unable to deliver the papers to Mr. Chung at an alternative address that I provided. *Id.*

4. Also after my earlier declaration was filed, I received electronic notification that the e-mail message that I sent to Mr. Chung at jkc@krfutures.co.kr could not be delivered. *See* Eme Decl. ¶ 7.

5. To date, Mr. Chung has not contacted me or any other member of the Commission's staff about this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2009.

_____
Thomas J. Eme