IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETER C. SON, et al.,<br><br>　　　　Defendants<br>_____/ | No. C-09-2554 MMC<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; VACATING JULY 7, 2009 HEARING** |

　　　　By order filed June 19, 2009, the Court directed defendant Jin K. Chung ("Chung") to show cause "why a preliminary injunction should not be granted extending the temporary restraining order pending the determination of [the above-titled] action" (see Order, filed June 19, 2009, at 2:2-5), and scheduled a hearing for July 7, 2009.

　　　　Before the Court is plaintiff's Statement Re: Temporary Restraining Order Against Defendant Jin K. Chung, filed July 2, 2009, in which plaintiff represents that it has been unable to effectuate service on Chung and that, in light thereof, it no longer requests issuance of a preliminary injunction.

　　　　In light of plaintiff's Statement, the Court hereby DISCHARGES the order to show cause issued June 19, 2009, and VACATES the hearing scheduled for July 7, 2009.

　　　　**IT IS SO ORDERED.**

Dated: July 2, 2009

　　　　　　　　　　　　　　　　　　　　_Maxine M. Chesney_
　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge