John H. Feiner (Bar No. 089201)
The Law Offices of John H. Feiner
One Park Plaza
Suite 600
Irvine, CA 92614
Tel.: (949) 852-7345
Fax: (949) 852-7346
e-mail: jhfeiner@aol.com

Attorney for Defendants
SNC ASSET MANAGEMENT, INC.; SNC INVESTMENTS, INC.; and PETER SON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER C. SON, JIN K. CHUNG, ) <br> SNC ASSET MANAGEMENT, INC., and SNC ) <br> INVESTMENTS, INC., ) <br> ) <br> Defendants, ) <br> _____ ) | Case No.: CV-09-2554 (MMC) <br><br> ANSWER TO COMPLAINT |

Defendants Peter C. Son, SNC Asset Management, Inc., and SNC Investments, Inc., answer the complaint of Plaintiff Securities and Exchange Commission as follows:

1. Defendants deny the allegations contained in paragraph 1 of the complaint.

2. Defendants deny the allegations contained in paragraph 2 of the complaint.

3. Defendants deny the allegations contained in paragraph 3of the complaint.

4. Defendants deny the allegations contained in paragraph 4 of the complaint.

5. Defendants lack sufficient knowledge or information to admit or deny the allegations contained in paragraph 5 of the complaint.

6. Defendants lack sufficient knowledge or information to admit or deny the allegations contained in paragraph 6 of the complaint

7. Defendants lack sufficient knowledge or information to admit or deny the allegations contained in paragraph 7 of the complaint

8. Defendants lack sufficient knowledge or information to admit or deny the allegations contained in paragraph 8 of the complaint.

9. Defendants admit the allegations contained in paragraph 9 of the complaint.

10. Defendants lack sufficient knowledge or information to admit or deny the allegations contained in paragraph 10 of the complaint.

11. Defendants admit that SNC Asset Management, Inc., was incorporated in California in 2003 and headquartered in Pleasanton, California.  Defendants further admit that the operations of SNC Asset Management, Inc., ceased in October 20008. Defendants deny the remaining allegations contained in paragraph 11 of the complaint.

12. Defendants admit that SNC Investments, Inc., was incorporated in California in 2003 and headquartered in New York City; that SNC Investments, Inc., was registered with the Commodity Futures Trading Commission and a member of the National Futures Association; and that the operations of SNC Investments, Inc., ceased in October 2008.  Defendants deny the remaining allegations contained in paragraph 12 of the complaint.

13. Defendants deny the allegations contained in paragraph 13 of the complaint.

14. Defendants deny the allegations contained in paragraph 14 of the complaint.

15. Defendants deny the allegations contained in paragraph 15 of the complaint.

16. Defendants deny the allegations contained in paragraph 16 of the complaint.

17. Defendants deny the allegations contained in paragraph 17 of the complaint.

18. Defendants deny the allegations contained in paragraph 18 of the complaint.

19. Defendants deny the allegations contained in paragraph 19 of the complaint.

20. Defendants deny the allegations contained in paragraph 20 of the complaint.

21. Defendants deny the allegations contained in paragraph 21 of the complaint

22. Defendants deny the allegations contained in paragraph 22 of the complaint

23. Defendants deny the allegations contained in paragraph 23 of the complaint

24. Defendants deny the allegations contained in paragraph 24 of the complaint.

25. Defendants deny the allegations contained in paragraph 25 of the complaint.

26. Defendants deny the allegations contained in paragraph 26 of the complaint.

27. Defendants deny the allegations contained in paragraph 27 of the complaint.

28. Defendants deny the allegations contained in paragraph 28 of the complaint.

29. Defendants deny the allegations contained in paragraph 29 of the complaint.

30. Defendants incorporate by reference paragraphs 1 through 29 of this answer.

31. Defendants deny the allegations contained in paragraph 31 of the complaint.

32. Defendants deny the allegations contained in paragraph 32 of the complaint.

33. Defendants incorporate by reference paragraphs 1 through 32 of this answer.

34. Defendants deny the allegations contained in paragraph 34 of the complaint.

35. Defendants deny the allegations contained in paragraph 35 of the complaint.

36. Defendants deny the allegations contained in paragraph 36 of the complaint.

### FIRST AFFIRMATIVE DEFENSE

37. Plaintiff's claims fail to state a cause of action.

### SECOND AFFIRMATIVE DEFENSE

38. Plaintiff's claims are barred by the doctrine of waiver.

### THIRD AFFIRMATIVE DEFENSE

39. Plaintiff's claims are barred by the doctrine of laches.

FOURTH AFFIRMATIVE DEFENSE.

40. Plaintiff's claims are barred by the doctrine of unclean hands.

WHEREFORE, Defendants pray that Plaintiff take nothing by the complaint, for their reasonable attorney's fees, and for their costs of suit.

Dated: August 31, 2009.

By: _____/s/_____
JOHN H. FEINER
Attorney for Defendants
Peter C. Son,
SNC Asset Management, Inc.,
and SNC Investments, Inc.,

DEMAND FOR JURY TRIAL

Defendants hereby demand trial by jury.

Dated: August 31, 2009

By: _____/s/_____
JOHN H. FEINER
Attorney for Defendants
Peter C. Son,
SNC Asset Management, Inc.,
and SNC Investments, Inc.,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANSWER TO COMPLAINT 5