John H. Feiner (CA Bar No. 089201)
The Law Offices of John H. Feiner
One Park Plaza
Suite 600
Irvine, CA 92614
Tel.: (949) 852-7345
Fax: (949) 852-7346
E-Mail: jhfeiner@aol.com

Attorney for Defendant
Peter Son

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PETER SON, ) <br> ) <br> ) <br> Defendant. ) <br> _____ ) | Case No.: CV-09-2554 (MMC) <br><br> [~~PROPOSED~~] ORDER |

    The court having considered the Motion by Defendant Peter Son to extend the time within which Defendant must provide an accounting according to the preliminary injunction, good cause appearing for the extension, and no opposition having been filed,

    IT IS HEREBY ORDERED that the time to comply is extended to January 12, 2010.

Dated: November 19, 2009.　　　　　By: _/s/ Maxine M. Chesney_____

　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE