ROBERT TASHJIAN (Cal. Bar No. 191007)
   tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
   emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br>  v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>      Defendants. | Case No. CV-09-2554 MMC<br><br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |


## MOTION FOR EXTENSION OF TIME

Plaintiff Securities and Exchange Commission (the "Commission") filed this case in June 2009, alleging that defendant Jin K. Chung ("Chung") and others operated a Ponzi scheme that defrauded hundreds of investors out of more than $80 million. The remaining defendants, Peter Son, SNC Asset Management, Inc., and SNC Investments, Inc., waived service of the summons and complaint. *See* Docket Nos. 16-18. These other defendants have stipulated to a preliminary injunction entered by the Court. *See* Docket Nos. 23, 26.

The Commission believes that Chung has been residing in the Republic of Korea (*i.e.*, South Korea) since the filing of this case. *See* Decl. of Thomas J. Eme in Supp. of Mot. for Extension of Time to Serve Defendant Jin K. Chung (the "Eme Decl.") ¶ 2. Counsel has attempted to deliver notice of this lawsuit to Chung in South Korea and serve him there with the summons and complaint. *Id.* ¶¶ 2-6. To date, these attempts have been unsuccessful. Although Chung may be aware of the Commission's suit against him, he has not contacted the Commission. *Id.* ¶ 10.

The United States and the South Korea are signatories to the Convention on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, known as the "Hague Convention." *See* Eme Decl. ¶ 7. To effect formal service of the summons and complaint on Chung in South Korea, the Commission intends to follow Hague Convention procedures.

The Commission recently obtained a new address for Chung in South Korea. Eme Decl. ¶ 6. Using this address, counsel re-initiated the process of serving Chung under the Hague Convention on December 7, 2009. *Id.* This process may take four to six months to complete. *Id.* ¶ 7.

//
//
//

1   The Court previously set December 28, 2009, as the deadline for the Commission to
2   serve Chung.  *See* Minute Order dated Sept. 25, 2009 (Docket No. 38).  The Commission
3   believes that an extension of time is warranted given the necessity to serve Chung in a foreign
4   country and the time required to complete the Hague Convention process.  Based on the
5   foregoing, pursuant to Rule 6-3 of the Court's Local Rules, the Commission requests that the
6   Court extend the deadline to serve Chung to March 31, 2010.

8   DATED:  December 18, 2009                Respectfully submitted,

11                                          */s/ Robert L. Tashjian*
                                            ROBERT L. TASHJIAN

                                            Attorney for Plaintiff
                                            SECURITIES AND EXCHANGE
                                            COMMISSION

MOTION FOR EXT. OF TIME
TO SERVE DEF. CHUNG              2              CASE NO. CV-09-2554 MMC