1  ROBERT TASHJIAN (Cal. Bar No. 191007)
      tashjianr@sec.gov
2  THOMAS J. EME (Illinois Bar. No. 6224870)
      emet@sec.gov
3
   Attorneys for Plaintiff
4  SECURITIES AND EXCHANGE COMMISSION
   44 Montgomery Street, 26th Floor
5  San Francisco, California  94104
   Telephone:  (415) 705-2500
6  Facsimile:  (415) 705-2501
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                SAN FRANCISCO DIVISION

11  SECURITIES AND EXCHANGE COMMISSION,     Case No. CV-09-2554 MMC

12                Plaintiff,                [PROPOSED] ORDER
                                            GRANTING EXTENSION OF
13         v.                               TIME TO SERVE
                                            DEFENDANT JIN K. CHUNG
14  PETER C. SON, JIN K. CHUNG,
    SNC ASSET MANAGEMENT, INC., and
15  SNC INVESTMENTS, INC.,

16                Defendants.

17
18
19
20
21
22
23
24
25
26
27
28

1   **ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT CHUNG**

2         This matter is before the Court on Plaintiff Securities and Exchange Commission's

3   Motion for Extension of Time to Serve Defendant Jin K. Chung.  The Court previously

4   ordered that that plaintiff serve Chung no later than December 28, 2009.  *See* Minute Order

5   dated Sept. 25, 2009 (Docket No. 38).

6         Following consideration of plaintiff's motion and accompanying papers, and for good

7   cause shown, the Court grants the motion pursuant to Rule 6-3 of the Court's Local Rules.

8   Plaintiff shall have until March 31, 2010, to serve defendant Chung with the summons and

9   complaint.

10

11   IT IS SO ORDERED.

12

13   Dated:  December 23   , 2009

14

15   United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28