Gretchen L. Lowe, DC Bar No. 421995
glowe@cftc.gov
Luke Marsh, DC Bar No. 475635
lmarsh@cftc.gov
Toye Olarinde, VA Bar No. 43075
aolarinde@cftc.gov
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418-5322
Facsimile (202) 418-5531

Attorneys for Plaintiff Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SNC ASSET MANAGEMENT, INC., formerly Son and Company, Inc., SNC INVESTMENTS, INC., PETER SON AND JIN K. CHUNG,<br><br>Defendants,<br><br>and<br><br>ANN LEE,<br><br>Relief Defendant. | Case No. CV 09-2555MMC<br><br>~~(proposed)~~ ORDER GRANTING PLAINTIFF'S APPLICATION FOR TELEPHONIC CASE MANAGEMENT CONFERENCE |

1 | Before the Court is Plaintiff Commodity Futures Trading Commission's ("Commission")
2 | Stipulation and Application For Telephonic Case Management Conference.
3 | The Commission requests that the Case Management Conference currently set for
4 | January 22, 2010 at 10:30 am be conducted by telephone.
5 | The parties have agreed and submitted a stipulation that a telephonic conference call is in
6 | the best interest of the parties.
7 | Upon consideration of the Stipulation and Application for Telephonic Case Management
8 | Conference the Court hereby GRANTS the Commission's request. The Case Management
9 | Conference, in the instant case and in SEC v. Son, Case No. 09-2554, will be conducted by telephone on January 22, 2010 at 10:30 am (PDT).
10 | **IT IS SO ORDERED.**

Dated: January __19__, 2010

_____
MAXINE M. CHESNEY
United States District Judge

(proposed) Order Granting Plaintiff's Application     Case No. CV 09-2555MMC
For Telephonic Case Management Conference
2