Gretchen L. Lowe, DC Bar No. 421995
glowe@cftc.gov
Luke Marsh, DC Bar No. 475635
lmarsh@cftc.gov
Toye Olarinde, VA Bar No. 43075
aolarinde@cftc.gov
Commodity Futures Trading Commission
1155 21st St. N.W.
Washington, D.C. 20581
Telephone (202) 418-5322
Facsimile (202) 418-5531

Attorneys for Plaintiff Commodity Futures Trading Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SNC ASSET MANAGEMENT, INC., formerly Son and Company, Inc., SNC INVESTMENTS, INC., PETER SON AND JIN K. CHUNG,<br><br>Defendants,<br><br>and<br><br>ANN LEE,<br><br>Relief Defendant. | Case No. CV 09-2555MMC<br><br>~~(proposed)~~ ORDER GRANTING PLAINTIFF'S APPLICATION FOR TELEPHONIC CASE MANAGEMENT CONFERENCE |

(proposed) Order Granting Plaintiff's Application    Case No. CV 09-2555MMC
 For Telephonic Case Management Conference

1     Before the Court is Plaintiff Commodity Futures Trading Commission's ("Commission")

2 Stipulation and Application For Telephonic Case Management Conference.

3     The Commission requests that the Case Management Conference currently set for

4 January 22, 2010 at 10:30 am be conducted by telephone.

5     The parties have agreed and submitted a stipulation that a telephonic conference call is in

6 the best interest of the parties.

7     Upon consideration of the Stipulation and Application for Telephonic Case Management

8 Conference the Court hereby GRANTS the Commission's request.  The Case Management

9 Conference, in the instant case and in SEC v. Son, Case No. 09-2554, will be conducted by telephone on January 22, 2010 at 10:30 am (PDT).

10     **IT IS SO ORDERED.**

11

12     Dated: January __19__, 2010

13

14                               _____

15                                   MAXINE M. CHESNEY
                                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28 (proposed) Order Granting Plaintiff's Application        Case No. CV 09-2555MMC
    For Telephonic Case Management Conference