ROBERT TASHJIAN (Cal. Bar No. 191007)
 tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
 emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-2554 MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |
| v. | |
| PETER C. SON, JIN K. CHUNG, SNC ASSET MANAGEMENT, INC., and SNC INVESTMENTS, INC., | |
| Defendants. | |

1 **ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT CHUNG**

2     This matter is before the Court on plaintiff Securities and Exchange Commission's

3 Motion for Extension of Time to Serve Defendant Jin K. Chung.  The Court previously

4 ordered that that plaintiff serve Chung no later than June 30, 2010.  *See* Order dated Apr. 2,

5 2010 (Docket No. 53).

6     Following consideration of plaintiff's motion and accompanying papers, and for good

7 cause shown, the Court grants the motion pursuant to Rule 6-3 of the Court's Local Rules.

8 Plaintiff shall have until September 30, 2010, to serve defendant Chung with the summons

9 and complaint.

11 IT IS SO ORDERED.

13 Dated:  July 7 , 2010

15     /s/ Vaughn R Walker for
    MAXINE M. CHESNEY
16     United States District Judge

ORDER GRANTING EXTENSION
OF TIME TO SERVE DEF. CHUNG     1    CASE NO. CV-09-2554 MMC