ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
    emet@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

GRETCHEN L. LOWE (D.C. Bar No. 421995)
    glowe@cftc.gov
TOYE OLARINDE (Virginia Bar No. 43075)
    aolarinde@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 – 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5322
Facsimile:  (202) 418-5531

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>        v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>    Defendants. | Case No. CV-09-2554 MMC<br>Case No. CV-09-2555 MMC<br><br>INTERIM STATUS REPORT AND STIPULATED REQUEST TO STAY DISCOVERY AND CONTINUE PRETRIAL DEADLINES<br><br>AND ORDER THEREON |

| | |
|---|---|
| 1 | UNITED STATES COMMODITY FUTURES TRADING COMMISSION, |
| 2 | |
| | Plaintiff, |
| 3 | |
| | v. |
| 4 | |
| 5 | SNC ASSET MANAGEMENT, INC., Formerly Son and Company, Inc., |
| 6 | SNC INVESTMENTS, INC., PETER SON, and JIN K. CHUNG, |
| 7 | |
| | Defendants, |
| 8 | |
| | and |
| 9 | |
| 10 | ANN LEE, |
| 11 | Relief Defendant. |

The parties file this Interim Status Report to inform the Court that defendant Peter C. Son recently pleaded guilty in a related criminal action. Son is currently scheduled to be sentenced on July 30, 2010. The parties are in negotiations to resolve the pending claims against Son, the two entity defendants, SNC Asset Management, Inc. ("SNCA") and SNC Investments, Inc. ("SNCI"), and Ann Lee, the relief defendant in the Commodity Futures Trading Commission's action.

This matter is currently set for a Settlement Conference with Magistrate Judge Elizabeth D. Laporte on July 29, 2010, and a further Status Conference with the Court on October 29, 2010. In light of the guilty plea, the upcoming sentencing hearing, and the anticipated resolution of the civil claims, the parties request that the Court stay discovery, continue certain pretrial deadlines, and vacate the Settlement Conference.

**A.     STATUS OF THE CASE**

Son is a defendant in a related criminal case, *United States v. Peter C. Son*, No. CR 09-00755 DLJ (N.D. Cal. filed July 27, 2009). The criminal charges against Son arise out of the same factual allegations as those made in the two civil actions. On April 9, 2010, Son pleaded guilty. Son is currently scheduled to be sentenced on July 30, 2010.

The plaintiffs and Son, who is an officer of SNCA and SNCI, have been discussing a resolution of the civil claims. The parties will consider Son's sentence, including the time he is ordered to remain in custody and the amount of restitution he is ordered to pay, in arriving at an appropriate settlement with Son, SNCA, and SNCI, as well as with the relief defendant, Lee.

//
//
//

## B. STIPULATION TO CONTINUE SETTLEMENT CONFERENCE AND OTHER DEADLINES

The parties agree to recommend that the Settlement Conference be taken off calendar, the discovery deadlines rescheduled, and discovery stayed until after Son is sentenced. A stay in the discovery in this action until after the current sentencing date, July 30, 2010, would permit the parties to discuss resolution of the civil claims. Similarly, an extension of certain pretrial deadlines would give the parties time to negotiate a resolution and plaintiffs an appropriate amount of time to seek ultimate approval of any settlement offers made by Son, SNCA, SNCI, and the relief defendant. Because the parties believe that they will be able to resolve this action, they recommend that the Settlement Conference be vacated.

The parties therefore stipulate to the following schedule:

| **Event or deadline** | **Current Date** | **Proposed Continued Date** |
|---|---|---|
| Confidential Settlement Conference Statement | July 19, 2010 | Vacated |
| Settlement Conference | July 29, 2010 | Vacated |
| Designation of Experts | July 31, 2010 | Oct. 1, 2010 |
| Non-expert discovery cutoff | Aug. 31, 2010 | Oct. 29, 2010 |
| Expert discovery cutoff | Aug. 31, 2010 | Oct. 29, 2010 |
| Dispositive motions | Oct. 1, 2010 | Dec. 3, 2010 |
| Further Telephonic Status Conference Statement | Oct. 22, 2010 | Oct. 22, 2010 (no change) |
| Further Telephonic Status Conference | Oct. 29, 2010 | Oct. 29, 2010 (no change) |
| Meet and confer | Jan. 31, 2011 | Jan. 31, 2011 (no change) |
| Pretrial conference | Mar. 8, 2011 | Mar. 8, 2011 (no change) |
| Trial date | Mar. 21, 2011 | Mar. 21, 2011 (no change) |

//

//

//

A [Proposed] Order follows.  The parties will submit a separate [Proposed] Order for Magistrate Judge Laporte's consideration vacating the current Settlement Conference.

Dated:  June 24, 2010                /s/ Robert L. Tashjian
                                     ROBERT L. TASHJIAN
                                     Attorney for Plaintiff
                                     SECURITIES AND EXCHANGE
                                     COMMISSION

                                     /s/ Toye A. Olarinde
                                     TOYE A. OLARINDE
                                     Attorney for Plaintiff
                                     COMMODITY FUTURES TRADING
                                     COMMISSION

                                     /s/ John H. Feiner
                                     JOHN H. FEINER
                                     Attorney for Defendants
                                     PETER C. SON,
                                     SNC ASSET MANAGEMENT, INC., and
                                     SNC INVESTMENTS, INC.,
                                     and Relief Defendant
                                     ANN LEE

\* \* \*

## [PROPOSED] ORDER

The Court has considered the materials and papers submitted by counsel in this matter. For good cause shown and PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

Discovery in this case shall be stayed until after defendant Peter C. Son is sentenced on July 30, 2010, in the criminal action captioned *United States v. Peter C. Son*, No. CR 09-007755 DLJ (N.D. Cal. filed July 27, 2009). The parties shall inform the Court no later than August 6, 2010, about the status of the criminal sentencing and whether they believe that a Settlement Conference will be required to resolve the civil claims.

The following pretrial deadlines previously set by the Court are continued to the following dates:

| Designation of Experts | Oct. 1, 2010 |
| --- | --- |
| Non-expert discovery cutoff | Oct. 29, 2010 |
| Expert discovery cutoff | Oct. 29, 2010 |
| Dispositive motions | Dec. 3, 2010 |

IT IS SO ORDERED.

Dated: _July 7_____, 2010

/s/ Vaughn R Walker for
MAXINE M. CHESNEY
~~United Stated District Judge~~
United States District Judge