ROBERT TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
  emet@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

GRETCHEN L. LOWE (D.C. Bar No. 421995)
  glowe@cftc.gov
TOYE OLARINDE (Virginia Bar No. 43075)
  aolarinde@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 – 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5322
Facsimile:  (202) 418-5531

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>Defendants. | Case No. CV-09-2554 MMC<br>Case No. CV-09-2555 MMC<br><br>[~~PROPOSED~~] ORDER VACATING SETTLEMENT CONFERENCE |

| | |
|---|---|
| 1 | UNITED STATES COMMODITY FUTURES TRADING COMMISSION, |
| 2 | |
| | Plaintiff, |
| 3 | |
| | v. |
| 4 | |
| 5 | SNC ASSET MANAGEMENT, INC., Formerly Son and Company, Inc., |
| 6 | SNC INVESTMENTS, INC., PETER SON, and JIN K. CHUNG, |
| 7 | |
| | Defendants, |
| 8 | |
| | and |
| 9 | |
| 10 | ANN LEE, |
| 11 | Relief Defendant. |

1   The parties filed an Interim Status Report on June 24, 2010, to inform the Court that
2   defendant Peter C. Son recently pleaded guilty in a related criminal action.  Son is currently
3   scheduled to be sentenced on July 30, 2010.  The parties are in negotiations to resolve the
4   pending claims against Son and the two entity defendants, SNC Asset Management, Inc.
5   ("SNCA") and SNC Investments, Inc. ("SNCI").
6   This matter is currently set for a Settlement Conference with Magistrate Judge
7   Elizabeth D. Laporte on July 29, 2010.  *See* Notice of Settlement Conference and Settlement
8   Conference Order, dated Jan. 29, 2010.  In light of the guilty plea, the upcoming sentencing
9   hearing, and the anticipated resolution of the civil claims, the parties believe that they will be
10  able to resolve this action without the assistance of the Court and recommend that the
11  Settlement Conference be taken off calendar.

*   *   *

## [~~PROPOSED~~] ORDER

The Court has considered the materials and papers submitted by counsel in this matter, including the Interim Status Report.  For good cause shown and PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

The Settlement Conference, currently scheduled for July 29, 2010, is vacated and taken off calendar.  The parties are relieved of their obligation to file a Confidential Settlement Conference Statement on or before July 19, 2010.  The parties shall inform the Court no later than August 6, 2010, about the status of the criminal sentencing and whether they believe that a Settlement Conference will be required to resolve the civil claims.

IT IS SO ORDERED.

Dated: __July 12_____, 2010



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Filed with the consent of the undersigned counsel:

*/s/ Robert L. Tashjian*
ROBERT L. TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*/s/ Toye A. Olarinde*
TOYE A. OLARINDE
Attorney for Plaintiff
COMMODITY FUTURES TRADING COMMISSION

*/s/ John H. Feiner*
JOHN H. FEINER
Attorney for Defendants
PETER C. SON,
SNC ASSET MANAGEMENT, INC., and
SNC INVESTMENTS, INC.,
and Relief Defendant
ANN LEE