ROBERT TASHJIAN (Cal. Bar No. 191007)
    tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
    emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>          Plaintiff, <br>     v. <br><br> PETER C. SON, JIN K. CHUNG, <br> SNC ASSET MANAGEMENT, INC., and <br> SNC INVESTMENTS, INC., <br><br>          Defendants. | Case No. CV-09-2554 MMC <br><br> [PROPOSED] ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |

**ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT CHUNG**

This matter is before the Court on plaintiff Securities and Exchange Commission's Motion for Extension of Time to Serve Defendant Jin K. Chung. The Court previously ordered that that plaintiff serve Chung no later than September 30, 2010. *See* Order dated July 8, 2010 (Docket No. 56).

Following consideration of plaintiff's motion and accompanying papers, and for good cause shown, the Court grants the motion pursuant to Rule 6-3 of the Court's Local Rules. Plaintiff shall have until December 31, 2010, to serve defendant Chung with the summons and complaint.

IT IS SO ORDERED.

Dated: September 29, 2010

MAXINE M. CHESNEY
United States District Judge