ROBERT TASHJIAN (Cal. Bar No. 191007)
  tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
  emet@sec.gov
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

GRETCHEN L. LOWE (D.C. Bar No. 421995)
  glowe@cftc.gov
TOYE OLARINDE (Virginia Bar No. 43075)
  aolarinde@cftc.gov
Attorneys for Plaintiff
COMMODITY FUTURES TRADING COMMISSION
1155 – 21st Street, N.W.
Washington, D.C. 20581
Telephone:  (202) 418-5322
Facsimile:  (202) 418-5531

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>PETER C. SON, JIN K. CHUNG,<br>SNC ASSET MANAGEMENT, INC., and<br>SNC INVESTMENTS, INC.,<br><br>Defendants. | Case No. CV-09-2554 MMC<br>Case No. CV-09-2555 MMC<br><br>CASE MANAGEMENT STATEMENT AND STIPULATED REQUEST TO STAY DISCOVERY AND CONTINUE PRETRIAL DEADLINES AND REQUEST FOR TELEPHONIC CASE MANAGEMENT<br><br>**ORDER STAYING DISCOVERY, VACATING PRETRIAL AND TRIAL DATES, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1  UNITED STATES COMMODITY FUTURES<br>   TRADING COMMISSION,<br>2<br>         Plaintiff,<br>3<br>      v.<br>4<br>   SNC ASSET MANAGEMENT, INC.,<br>5  Formerly Son and Company, Inc.,<br>   SNC INVESTMENTS, INC., PETER SON, and<br>6  JIN K. CHUNG,<br>7<br>         Defendants,<br>8<br>   and<br>9<br>   ANN LEE,<br>10<br>         Relief Defendant. | CONFERENCE AND<br>[PROPOSED] ORDER |

Pursuant to the Court's minute order of January 22, 2010, plaintiff Securities and Exchange Commission ("SEC"), plaintiff Commodity Futures Trading Commission ("CFTC"), defendants Peter C. Son, SNC Asset Management, Inc., and SNC Investments, Inc., and relief defendant Ann Lee submit this Further Joint Case Management Statement for both the SEC's case and the CFTC's case.

As the parties previously informed the Court, defendant Peter C. Son pleaded guilty in a related criminal action captioned *United States v. Peter C. Son*, No. CR 09-00755 DLJ (N.D. Cal. filed July 27, 2009). The criminal charges against Son are based on the same factual allegations as those made by the plaintiffs in these two civil actions pending before this Court. Son pleaded guilty to the criminal charges on April 9, 2010. Minute Order, *United States v. Son*, Docket No. 20.

On July 30, 2010, Son was sentenced to 180 months in custody. *See* Criminal Pretrial Minute Order, *United States v. Son*, Docket No. 27. Son was also ordered to pay criminal restitution, but the Court deferred a decision on the restitution amount. *See id.*; Criminal Pretrial Minute Order, *United States v. Son*, Docket No. 30 (continuing hearing until Oct. 15, 2010). A further hearing on restitution is scheduled for November 19, 2010. Criminal Pretrial Minute Order, *United States v. Son*, Docket No. 31.

The plaintiffs and Son, who is an officer of the corporate defendants in these two civil actions, have discussed a potential resolution of the civil claims. The parties will consider Son's criminal sentence, including incarceration time and restitution ordered, in arriving at an appropriate resolution.

The parties believe that an order in the criminal action setting the restitution amount and otherwise completing Son's sentence will facilitate a resolution of these two civil actions. The parties agree to recommend that the Court stay discovery in these matters until after Son's criminal sentence is finalized and the amount of restitution is determined. A discovery stay would permit the parties to discuss resolution of the civil claims. Similarly, the parties agree to recommend that the trial date, currently scheduled for March 21, 2011, be vacated along with the pretrial deadlines. The parties agree to inform the Court promptly of

1  developments in the criminal matter.  Should the parties fail to reach an agreement following
2  resolution of the criminal matter, the parties will recommend further discovery deadlines and
3  a trial date.
4      In addition, the parties respectfully request that the Court conduct the October 29,
5  2010, Case Management Conference by telephone.  The offices of counsel for plaintiff
6  Commodity Futures Trading Commission and for defendants Peter Son, SNC Asset
7  Management, Inc., and SNC Investments, Inc., and relief defendant Ann Lee, are not in the
8  Northern District of California.  The Court previously granted the parties' request for a
9  telephonic conference.  *See* Order Granting Plaintiff's Application for Telephonic Case
10 Management Conference entered Jan. 19, 2010 (Docket No. 48).
11 //
12 //
13 //

1 | The following counsel would participate at the Case Management Conference by
2 | telephone:
3 | Plaintiff Securities and Exchange Commission: Thomas J. Eme (telephone: (415)
4 | 705-2320).
5 | Plaintiff Commodity Futures Trading Commission: Toye A. Olarinde (telephone:
6 | (202) 418-5516); Kevin Batteh (telephone (202) 418-5636).
7 | Defendants Peter Son, SNC Asset Management, Inc., and SNC Investments, Inc., and
8 | relief defendant Ann Lee: John H. Feiner (telephone: (818) 970-8779).
9 | A proposed Order follows.

Dated: October 22, 2010

/s/ Robert L. Tashjian
ROBERT L. TASHJIAN
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

/s/ Toye A. Olarinde
TOYE A. OLARINDE
Attorney for Plaintiff
COMMODITY FUTURES TRADING
COMMISSION

/s/ John H. Feiner
JOHN H. FEINER
Attorney for Defendants
PETER C. SON,
SNC ASSET MANAGEMENT, INC., and
SNC INVESTMENTS, INC.,
and Relief Defendant
ANN LEE

* * *

**[PROPOSED]** ORDER

The Court has considered the materials and papers submitted by counsel in this matter. For good cause shown and PURSUANT TO STIPULATION, IT IS HEREBY ORDERED as follows:

Discovery in both actions (Case Nos. 09-cv-2554 and 09-cv-2555) shall be stayed until after defendant Peter C. Son is sentenced in the criminal action captioned *United States v. Peter C. Son*, No. CR 09-007755 DLJ (N.D. Cal. filed July 27, 2009). The parties shall inform the Court no later than November 26, 2010, about the status of the criminal sentencing.

The following pretrial deadlines previously set by the Court are vacated:

| Non-expert discovery cutoff | Oct. 29, 2010 |
|---|---|
| Expert discovery cutoff | Oct. 29, 2010 |
| Dispositive motions | Dec. 3, 2010 |
| Meet and confer | Jan. 31, 2011 |
| Pretrial conference | Mar. 8, 2011 |
| Trial date | Mar. 21, 2011 |

In addition, ~~upon joint request of the parties,~~ the Case Management Conference in both actions currently scheduled for October 29, 2010, at 10:30 a.m. (PDT) ~~will be conducted by telephone.~~ is hereby CONTINUED to January 14, 2011, and will be conducted by telephone. A Joint Case Management Statement shall be filed by January 7, 2011.

IT IS SO ORDERED.

Dated: __October 26__, 2010

*[signature]*
MAXINE M. CHESNEY
United States District Judge