1   ROBERT TASHJIAN (Cal. Bar No. 191007)
        tashjianr@sec.gov
2   THOMAS J. EME (Illinois Bar. No. 6224870)
        emet@sec.gov

3

4   Attorneys for Plaintiff
    SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, 26th Floor
5   San Francisco, California  94104
    Telephone:  (415) 705-2500
6   Facsimile:  (415) 705-2501

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  SECURITIES AND EXCHANGE COMMISSION,    |   Case No. CV-09-2554 MMC

12              Plaintiff,                  |   [PROPOSED] ORDER
                                            |   GRANTING EXTENSION OF
13        v.                                |   TIME TO SERVE
                                            |   DEFENDANT JIN K. CHUNG
14  PETER C. SON, JIN K. CHUNG,             |
    SNC ASSET MANAGEMENT, INC., and         |
15  SNC INVESTMENTS, INC.,                  |

16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    **ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT CHUNG**

2           This matter is before the Court on plaintiff Securities and Exchange Commission's

3    Motion for Extension of Time to Serve Defendant Jin K. Chung.  The Court previously

4    ordered that that plaintiff serve Chung no later than December 31, 2010.  *See* Order dated

5    September 29, 2010 (Docket No. 61).

6           Following consideration of plaintiff's motion and accompanying papers, and for good

7    cause shown, the Court grants the motion pursuant to Rule 6-3 of the Court's Local Rules.

8    Plaintiff shall have until March 31, 2011, to serve defendant Chung with the summons and

9    complaint.

10

11   IT IS SO ORDERED.

12

13   Dated:  December 30      , 2010

14

15                                                    MAXINE M. CHESNEY
                                                      United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING EXTENSION
OF TIME TO SERVE DEF. CHUNG                    1                  CASE NO. CV-09-2554 MMC