IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C-09-2554 MMC<br>No. C-09-2555 MMC |
| Plaintiff, | **ORDER CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |
| v. | |
| PETER C. SON, et al., | |
| Defendants. | |

Before the Court is the Further Joint Case Management Statement, filed January 7, 2011, wherein plaintiff Securities and Exchange Commission, defendants Peter C. Son, SNC Asset Management, Inc., and SNC Investments, Inc. and relief defendant Ann Lee[1] have advised the Court they are awaiting a hearing in United States v. Peter C. Son, No. CR 09-00755-DLJ, currently scheduled for January 28, 2011, the resolution of which the parties anticipate will facilitate a resolution of the above-titled actions.

Accordingly, the telephonic Case Management Conference currently scheduled for January 14, 2011 is hereby CONTINUED to March 18, 2011; a Joint Statement shall be filed no later than March 11, 2011.

**IT IS SO ORDERED.**

Dated: January 10, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] To date, defendant Jim K. Chung has not been served.