**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>PETER C. SON, et al.,<br><br>            Defendants.<br>_____<br>UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>SNC ASSERT MANAGEMENT, INC., et al.,<br><br>            Defendants.<br>_____/ | No. C-09-2554 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

   Before the Court is the parties' Further Joint Status Report in Advance of Telephonic Case Management Conference, filed in each of the above-titled related cases on March 11, 2011. In the Report, the parties request the Case Management Conference, presently scheduled for March 18, 2011, be continued in light of pending settlement discussions.

//

Good cause appearing, the Case Management Conference is hereby CONTINUED from March 18, 2011 to June 24, 2011, at 10:30 a.m. All parties shall appear on June 24, 2011 telephonically.

**IT IS SO ORDERED.**

Dated: March 15, 2011

_____
MAXINE M. CHESNEY
United States District Judge