ROBERT TASHJIAN (Cal. Bar No. 191007)
 tashjianr@sec.gov
THOMAS J. EME (Illinois Bar. No. 6224870)
 emet@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, 26th Floor
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-09-2554 MMC |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT JIN K. CHUNG |
| v. | |
| PETER C. SON, JIN K. CHUNG, SNC ASSET MANAGEMENT, INC., and SNC INVESTMENTS, INC., | |
| Defendants. | |

1 | **ORDER GRANTING EXTENSION OF TIME TO SERVE DEFENDANT CHUNG**

This matter is before the Court on plaintiff Securities and Exchange Commission's Motion for Extension of Time to Serve Defendant Jin K. Chung. The Court previously ordered that plaintiff serve Chung by no later than March 31, 2011. *See* Order dated December 30, 2010 (Docket No. 68).

Following consideration of plaintiff's motion and accompanying papers, and for good cause shown, the Court grants the motion pursuant to Rule 6-3 of the Court's Local Rules. Plaintiff shall have until June 30, 2011, to serve defendant Chung with the summons and complaint.

In the event that plaintiff is unable to effectuate service of process by June 30, 2011 and thereafter files a motion seeking a further extension of time to serve defendant Chung, plaintiff is directed to show therein how it would be harmed if its claims against Chung were dismissed without prejudice.

IT IS SO ORDERED.

Dated:  March 31     , 2011

MAXINE M. CHESNEY
United States District Judge

ORDER GRANTING EXTENSION
OF TIME TO SERVE DEF. CHUNG         1         CASE NO. CV-09-2554 MMC