IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>PETER C. SON, et al.,<br><br>        Defendants. | No. C-09-2554 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The sole remaining defendant having not been served, and the deadline to complete service being June 30, 2011, the Case Management Conference is hereby CONTINUED from June 24, 2011 to August 26, 2011. A Joint Case Management Statement shall be filed no later than August 19, 2011.

**IT IS SO ORDERED.**

Dated: June 20, 2011

MAXINE M. CHESNEY
United States District Judge